UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

**Michael J. Reimer, Esq.**
7 Dartmouth Road
West Orange, NJ 07052
[201]306-1823
mjresq@msn.com
NJ Bar #008811973

2021 MAY -5  P 9: 46

| | |
|---|---|
| MICHAEL J. REIMER,<br><br>    Plaintiff,<br><br>    ~vs~<br><br>UNITED STATES SENATE,<br>UNITED STATES HOUSE OF REPRESENTATIVES,<br>RICHARD C. SHELBY, TOMMY TUBERVILLE, LISA MURKOWSKI, DAN SULLIVAN, KYRSTEN SINEMA, MARK KELLY, JOHN BOOZMAN, TOM COTTON, DIANNE FEINSTEIN, ALEX PADILLA, MICHAEL F. BENNET, JOHN W. HICKENLOOPER, RICHARD BLUMENTHAL, CHRISTOPHER MURPHY, THOMAS R. CARPER, CHRISTOPHER A. COONS, MARCO RUBIO, RICK SCOTT, JON OSSOFF, RAPHAEL G. WARNOCK, MAZIE K. HIRONO, BRIAN SCHATZ, MIKE CRAPO, JAMES E. RISCH, DICK DURBIN, TAMMY DUCKWORTH, TODD YOUNG, MIKE BRAUN, CHUCK GRASSLEY, JONI ERNST, JERRY MORAN, ROGER MARSHALL, MITCH MCCONNELL, RAND PAUL, BILL CASSIDY, JOHN KENNEDY, SUSAN COLLINS, ANGUS KING, BENJAMIN L. CARDIN, CHRIS VAN HOLLEN, ELIZABETH WARREN, EDWARD J. MARKEY, DEBBIE STABENOW, GARY PETERS, AMY KLOBUCHAR, TINA SMITH, ROGER F. WICKER, CINDY HYDE-SMITH, ROY BLUNT, JOSH HAWLEY, JON TESTER, STEVE DAINES, DEB FISCHER, BEN SASSE, CATHERINE CORTEZ MASTO, JACKY ROSEN, JEANNE SHAHEEN, MARGARET WOOD HASSAN, ROBERT MENENDEZ, CORY A. BOOKER, MARTIN HEINRICH, BEN RAY LUJÁN, CHARLES E. SCHUMER, KIRSTEN E. GILLIBRAND, RICHARD BURR, THOM TILLIS, JOHN HOEVEN, KEVIN | CIVIL ACTION NO.<br><br><br><br>**COMPLAINT FOR<br>DECLARATORY JUDGMENT<br>AND OTHER RELIEF** |

CRAMER, SHERROD BROWN, ROB PORTMAN,         }
JAMES M. INHOFE, JAMES LANKFORD, RON        }
WYDEN, JEFF MERKLEY, ROBERT P. CASEY, JR.   }
PATRICK J. TOOMEY, JACK REED, SHELDON       }
WHITEHOUSE, LINDSEY GRAHAM, TIM SCOTT       }
JOHN THUNE, MIKE ROUNDS, MARSHA             }
BLACKBURN, BILL HAGERTY, JOHN CORNYN,       }
TED CRUZ, MIKE LEE, MITT ROMNEY,            }
PATRICK J. LEAHY, BERNARD SANDERS, MARK R.  }
WARNER, TIM KAINE, PATTY MURRAY, MARIA      }
CANTWELL, JOSEPH MANCHIN III, SHELLEY       }
MOORE CAPITO, RON JOHNSON, TAMMY            }
BALDWIN, JOHN BARRASSO, CYNTHIA M. LUMMIS   }
                                            }
       Defendants.                          }
                                            }

Plaintiff, Michael J. Reimer, residing at 7 Dartmouth Road, in the city of West Orange, State of New Jersey, is a person and a citizen of the United States and the State of New Jersey, by way of complaint against the defendants and each of them says:

## INTRODUCTION

1. This is an action for relief from violations of the Constitution of the United States (hereinafter the "Constitution"), primarily *Article I* of the Constitution in that Plaintiff, Michael J. Reimer, has a right to be free of extra-Constitutional Rules of Proceedings which prevent the legislative branch from conducting its prescribed duties pursuant to the Constitution.

2. Plaintiff, Michael J. Reimer (hereinafter "Plaintiff") is a citizen of the United States and is entitled to be governed pursuant to the Constitution of the United States (hereinafter "Constitution"). The Constitution provides that the laws of the United States will be made by the legislative branch pursuant to *Article 1* of the Constitution.

3. The actions of the Defendants and each of them has prevented Plaintiff from receiving the

benefits of legislation passing into law and the benefits of being governed by the express terms of the Constitution.

## JURISDICTION AND VENUE

4. This Court has jurisdiction over the subject matter and parties pursuant to *28 U.S.C. § 1331*, as this case involves question of federal law and the Constitution. This Court also has jurisdiction pursuant to *28 U.S.C. § 1343* because Plaintiff seeks injunctive relief for violations of his Constitutional Rights.

5. Venue is proper in that Defendants and each of them are subject to the personal jurisdiction of this Court because Defendants and each of them is responsible for governing Plaintiff and maintain facilities and business operations in this District, pursuant to *28 U.S.C. § 1391(b)*.

## NATURE OF THIS ACTION

6. This is an action brought pursuant to the Constitution of the United States.

7. Plaintiff seeks injunctive and declaratory relief, reasonable attorneys' fees, litigation expenses as remedies for Defendants' violations of his Constitutional Rights.

## PARTIES

8. Plaintiff is a person and a citizen of the United States. Plaintiff's status is discussed in the first three words of the Constitution. Plaintiff is entitled to be governed by the express terms of the Constitution.

9. Defendants, the United States Senate and the United States House of Representatives are the two legislative bodies established by *Article I* of the Constitution and subject to the terms, rules and regulations set forth therein.

10. Individual Defendants, whose names are set forth in the caption of this Complaint, are the

complete list of United States Senators who constitute the one hundred Senators in the United States Senate at time of the filing of this complaint.

## STATEMENT OF FACTS

11. The Constitution provides, pursuant to Article 1, that once each house of the legislative branch "passes" a bill, it will be submitted to the President of the United States for signature.

12. The Constitution does not mention specifically that a simple majority of votes is needed to pass a bill into law in each house.

13. However, the Constitution does provide very specific instances when more than a simple majority is required for legislation to be passed. Such instances include overriding a veto by the President (*Article 1 §7*); conviction on impeachment (*Article 1 §3*); and expulsion of a member (*Article 1 §5*).

14. The Constitution does not state that for other, not specifically mentioned bills, a bill to be passed, would require more than a simple majority.

15. Further the Constitution certainly does not state that less than a simple majority is needed to pass legislation or to defeat such legislation.

16. The Congress of the United States is required to make the laws which govern the citizens of the United States, including Plaintiff.

17. There is no other entity, other than Congress, which can make the laws by which the citizens of the United States, including Plaintiff, are governed.

18. The Constitution lays out the exclusive manner in which legislation can become law.

19. The Constitution does not provide any method or manner when less than simple majority can make law or defeat a proposed law.

20. The Constitution does not provide any method or manner which could allow less than a

simple majority from preventing proposed legislation from becoming law.

21. The Constitution provides that each "House may determine the Rules of its Proceedings". (*Article 1 §5*)

22. The "Rules of its Proceedings" in the U.S. Senate has prevented many pieces of significant proposed legislation from ever coming before the Senate for consideration and a vote. This Rule of its Proceedings prevented and continues to prevent the U.S. Senate from fulfilling its Constitutional obligation to participate in the governance of the United States.

23. However, the Constitution does not permit a Rule of its Proceeding in a house of Congress to contravene the terms and conditions of the Constitution itself.

24. The laws of the United States require that each house of Congress pass the laws that govern the people of the United States, including Plaintiff.

25. If a Rule of Proceeding prevents a house of Congress from considering, much less, passing laws and thereby governing, the people of the United States, including Plaintiff, are harmed thereby.

## CLAIM FOR RELIEF

26. Plaintiff incorporates by reference the allegations contained in Paragraphs 1 through 27 as if fully set forth herein.

27. As a person and citizen of the United States, Plaintiff is entitled to the Equal Protection of the Law under the Constitution under the Fifth and Fourteenth Amendments.

28. As a person and citizen of the United States, Plaintiff is entitled to have proposed laws considered and voted upon and passed or not passed by a simple majority, pursuant to *Article 1* of the Constitution.

29. If a house of Congress will not consider a proposed law and/or does not vote for a proposed

law and/or does not pass, or fail to pass, a proposed law by a simple majority, Plaintiff, as a person and citizen of the United States is not being governed pursuant to the Constitution.

30. If a Rule of Proceedings of a house of Congress contravenes the express terms of the Constitution, such Rule of Proceeding harms the persons and citizens of the United States, including Plaintiff, and should be unenforceable.

31. Plaintiff has been injured by the failure of Defendant, United States Senate, to consider and vote on proposed legislation which would benefit Plaintiff and other persons and citizens.

32. Absent a ruling declaring that any Rule of Proceeding of either body of the Congress which contravenes the express terms of the Constitution of the United States shall be unenforceable and void, the Plaintiff and other persons and citizens will continue to be injured thereby.

33. Plaintiff seeks a judgment against the Defendants and each of them declaring that any Rule of Proceeding of either body of the Congress which contravenes the express terms of the Constitution of the United States shall be unenforceable and void together with reasonable attorneys' fees and litigation costs.

## DECLARATORY RELIEF ALLEGATIONS

34. A present and actual controversy exists between Plaintiff and the Defendants and each of them concerning the Defendants rights, duties and obligations under the United States Constitution. Declaratory relief is therefor necessary and appropriate.

35. Plaintiff seeks a judicial declaration that the Defendant, United States Senate and each of the individual Defendant Senators may not use a Rule of Proceeding in the Senate to prevent the Senate from fulfilling its obligations under the Constitution.

## INJUNCTIVE RELIEF ALLEGATIONS

36. No plain, adequate, or complete remedy at law is available to Plaintiff to redress the wrongs alleged herein.

37. If this Court does not grant the injunctive relief sought herein, Plaintiff will be irreparably harmed.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for relief as follows:

1. For a declaration that Defendants' actions, policies, and practices which contravene the express terms of the Constitution, as alleged herein, are unlawful;

2. For an order enjoining Defendants and each of them from engaging in the unlawful and unconstitutional acts complained of herein;

3. For reasonable attorneys' fees and cost of suit; and

4. For such other and further relief as this Court deems just and proper.

Dated: May 3, 2021

Respectfully submitted,

Michael J. Reimer
Plaintiff and Attorney for Plaintiff

_____
Michael J. Reimer, Esq.